01

02

03

04

05

06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 RICHARD WALTER BRADLEY, JR.,          )
                                         )    CASE NO. C13-1327-JLR
09          Petitioner,                  )
                                         )
10      v.                               )    ORDER DENYING PETITIONER'S
                                         )    HABEAS PETITION WITHOUT
11 STATE OF WASHINGTON,                   )    PREJUDICE
                                         )
12          Respondent.                  )
   _____ )
13

14       The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report

15   and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the

16   remaining record, does hereby find and Order:

17          (1)     The Court adopts the Report and Recommendation;

18          (2)     Petitioner's habeas petition and this action are DISMISSED, without prejudice

19   for failure to prosecute;

20          (3)     Petitioner is DENIED issuance of a certificate of appealability, and

21   / / /

22   / / /

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -1

01        (4)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

02 respondent, and to Judge Theiler.

03        DATED this 6th day of November, 2013.

04

05

06                                   JAMES L. ROBART
                                   United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -2